MARGARET SULLIVAN HERBERMANN and Another, as Executors, etc., of HENRY HERBERMANN, Respondents, v. NEW YORK SHIPBUILDING CORPORATION, Appellant, Impleaded with Others, Defendants. — Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion to preclude granted only as to ·the following items, unless within fifteen days after service of order ˮplaintiffs serve a further bill of particulars, as follows: Item 6 (b) — give place where agreement was made; 7 (b) — give copy of alleged agreement; item 7 (d) — state whether transfer was written or oral, and, if written, give a copy thereof; 7 (e) — except that " names of the persons who were present when the same was made " need not be given; 10 (b); 11 (b) — by giving a copy of said alleged agreement; 11 (c) — except that names of persons need not be given; 16 (c) — by giving a copy of said alleged agreement; and the order, in so far as it denied the motion to preclude as to other items, affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LYA LANE, Respondent, v. MATTHEW L. CARROLL and ELIZABETH A. CARROLL, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. Anything to the contrary appearing in *Lawyers Trust Co.* v. *Rosenblum* (249 App. Div. 612) is overruled. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

WILLIAM J. SCHIEFFELIN and M. LOUISE SCHIEFFELIN, Appellants, v. MOCAN REALTY CORPORATION and Others, Respondents, Impleaded with Another, Defendant.— Orders and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.

BEATRICE B. ARNOLD, Respondent, v. ALBERT M. KAHN, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

IRENE SZALAY, Formerly IRENE WALSH, Respondent, v. NEW YORK AMERICAN, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

DANIEL McGRATH, Appellant, v. JOSEPH SWOBODA and KATHERINE SWOBODA, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.

In the Matter of the Application of LEO KAMELL, Petitioner, against Hon. MORRIS KOENIG, a Judge of the Court of General Sessions of the County of New York, Respondent, to Review and Annul a Determination and Order of the Respondent Adjudging Petitioner Guilty of a Criminal Contempt of Court.— Determination unanimously confirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [170 Misc. 868.]

GILLETTE SAFETY RAZOR COMPANY, Appellant, v. CHARLES GREEN and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ. [167 Misc. 251.]

BENJAMIN N. COHEN, Respondent, v. SAMUEL M. GOLDSMITH, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Dore and Callahan, JJ.